**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| COREY HENLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 5:11-cv-03922-JHH-SGC |
| | ) |
| BYERS, et. al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

By a report and recommendation entered on July 11, 2014, the magistrate judge recommended as follows:

1. The motion for summary judgment (Doc. 20) as to Defendant Gray is due to be **GRANTED**, and the claims against Defendant Gray are due to be **DISMISSED WITH PREJUDICE**;

2. The Alabama Department of Corrections is due to be **DISMISSED** as a defendant;

3. The motions for summary judgment (Docs. 20 and 33) as to Plaintiff's claims against Defendants Byers, MacMillan, and Bailey in their official capacities for monetary relief are due to be **GRANTED**, and such claims are due to be **DISMISSED WITH PREJUDICE**;

4. The motions for summary judgment (Docs. 20 and 33) as to Plaintiff's Eighth Amendment failure-to-protect claims against Defendants Byers, MacMillan, and Bailey in their individual capacities are due to be **DENIED**, as is their attempt to invoke qualified immunity;

> 5. To the extent Plaintiff was attempting to raise a claim of deliberate indifference to serious medical needs, such claim is **DISMISSED**.

(Doc. 36 at 17-18). The parties were allowed fourteen (14) days to file written objections to the magistrate judge's report and recommendation. (*Id.*). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. Regarding all claims, issues, and parties as to which the magistrate judge recommended granting summary judgment, the court **EXPRESSLY FINDS** there are no genuine issues of material fact, and judgment is appropriate as a matter of law.

The motions for summary judgment are **GRANTED** as to Plaintiff's claims against Defendant Gray and the Alabama Department of Corrections, and such claims and defendants are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Defendants Byers, MacMillan, and Bailey in their official capacities for monetary relief are **GRANTED**, and such claims are **DISMISSED WITH PREJUDICE**. The motions for summary judgment as to Plaintiff's Eighth Amendment failure-to-protect claims against Defendants Byers, MacMillan, and Baily in their individual capacities are **DENIED**. To the extent Plaintiff was attempting to raise a claim of deliberate indifference to serious medical needs, such claim is **DISMISSED**.

Remaining in this case are the individual capacity claims for failure to protect asserted against Defendants Byers, MacMillan, and Bailey. Defendants Byers, MacMillan, and Bailey are **ORDERED** to file an answer to Plaintiff's claims within twenty (20) days of the entry date of this order.

**DONE** this 18th day of August, 2014.

_____
SENIOR UNITED STATES DISTRICT JUDGE